# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Brian Stuckey and Rebecca Stuckey, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 20-cv-1859 PAM/LIB |
| Gislason & Hunter LLP, | |
| Defendant(s). | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant Gislason & Hunter LLP's Motion to Dismiss (Docket No. 14) is **GRANTED**; and

2. The Amended Complaint (Docket No. 12) is **DISMISSED with prejudice**.

Date: 1/12/2021                                                                KATE M. FOGARTY, CLERK